IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

RONALD BARTON, et al.,

        Plaintiffs,

v.                                          CIVIL ACTION NO.   2:13-cv-03127

CONSTELLIUM ROLLED
PRODUCTS-RAVENSWOOD, LLC, et al.,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

Now before the court is Defendants' Motion to Defer Summary Judgment Ruling or, in the Alternative, for Rule 16 Scheduling Conference [Docket 44]. The defendants request the court stay the instant case pending a ruling by Judge Copenhaver in a related case, *Dewhurst v. Century Aluminum Co.*, No. 2:09-cv-01546, 2012 WL 6624689 (S.D. W. Va. Dec. 19, 2012). The decision whether to grant a stay is discretionary, and within the inherent power of the court "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants. How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936). For reasons appearing to the court, the defendants' motion [Docket 44] is **GRANTED**. This matter is hereby **STAYED** until further order of the court. The parties are **ORDERED** to advise the court of any relevant ruling by Judge Copenhaver. The remaining dates in the Scheduling Order are **VACATED**. A new scheduling order will be issued at a later date. The court

**DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 12, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE